# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00087-CR

Jackie Vance Wickman,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
443rd District Court of Ellis County, Texas
Judge Grace Ruth Pandithural, presiding
Trial Court Cause No. 47730CR

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Jackie Vance Wickman appeals from an order amending his conditions of community supervision signed by the trial court on March 7, 2025.

This Court informed Wickman by letter from the Clerk dated March 17, 2025, that it appeared that the notice of appeal was untimely because the judgment attached to the notice of appeal was imposed on August 2, 2022. The

Clerk further informed Wickman that the appeal would be dismissed unless a response was filed showing grounds to continue the appeal.

Counsel for Appellant responded to the letter, advising the Court that the appeal was from the order amending Wickman's conditions of community supervision which his counsel concedes is not an appealable order. We have now received the order amending the terms of Wickman's community supervision from which Wickman appeals. A judgment modifying the terms of community supervision is not a final, appealable order, and an appeal from such an order is not otherwise authorized by law. *Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) (*citing Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977)). Therefore, this appeal is dismissed for want of jurisdiction. *See id.*

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: May 8, 2025

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Dismissed
Do not publish
CR25

